# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 10, 2024

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

    Re:  John Maron Nassif
            v. United States
           No. 24-5041
           (Your No. 23-3069)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 8, 2024 and placed on the docket July 10, 2024 as No. 24-5041.

                            Sincerely,

                            **Scott S. Harris**, Clerk

                            by

                            Redmond K. Barnes
                            Case Analyst